WILLIAM N. COHEN, Respondent, *v.* EDWARD MARGOLIES, Appellant.

*Landlord and tenant — construction of lease — action by landlord to recover from tenant cost of construction of fire escapes.*

*Cohen* v. *Margolies*, 192 App. Div. 217, affirmed.

(Submitted December 9, 1921; decided January 10, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 3, 1920, which affirmed a determination of the Appellate Term affirming a judgment in favor of plaintiff entered upon a decision of the Municipal Court of the city of New York on trial without a jury. The action was landlord against tenant to recover the cost of erecting a fire escape on the demised premises pursuant to order of the city authorities and presented for construction the following clause of the lease: "*Second.* The parties of the second part (meaning defendant) further agree and covenant that they will promptly comply with each, every and all laws, orders, regulations and notices made by or pursuant to any federal, state, county or municipal or other lawful authority, in, upon, appertaining to or affecting the said demised premises or their appurtenances, at their own sole cost and expense, and will pay all fines and penalties incurred by the said premises or by the parties of the

first part or second part hereto, which may be imposed by reason of any failure, actual or alleged, on either of their parts, thus promptly to comply with and execute the same, and further covenant and agree that they will not permit the said premises to be or remain in a condition that may be deemed noxious or injurious to those within the property of neighboring persons, or for any purpose or occupation which may be deemed extrahazardous by reason of fire."

*Nathan G. Goldberger* and *Paul M. Crandell* for appellant.

*Harry J. Leffert* for respondent.

Judgment affirmed, with costs, on opinion of GREENBAUM, J., below.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.